```
 1  Vincent Galvin (SBN 104448)
    Vincent.galvin@bowmanandbrooke.com
 2  Neil M. Kliebenstein (SBN 226060)
    Neil.kliebenstein@bowmanandbrooke.com
 3  Angela G. Mariveles (SBN 242905)
    Angela.mariveles@bowmanandbrooke.com
 4  BOWMAN AND BROOKE LLP
    1741 Technology Drive, Suite 200
 5  San Jose, CA  95110
 6  Telephone No.: (408) 279-5393
    Fax No.:  (408) 279-5845
 7
    Attorneys for Defendant
 8  BLACK & DECKER (U.S.) INC. and
    THE BLACK & DECKER CORPORATION
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARTINEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>BLACK & DECKER (U.S.) INC. and THE BLACK & DECKER CORPORATION and JOHN DOES 1-100,<br><br>    Defendants. | CASE NO.:   13-CV-04869-WHO<br><br>ORDER ON STIPULATED REQUEST FOR AMENDMENT TO DEADLINES IN PRETRIAL ORDER<br><br>Trial Date: March 16, 2015 |

Pursuant to the Stipulated Request For Amendment To Deadlines In Pretrial Order,

IT IS HEREBY ORDERED, as follows:

1. The parties will engage in staggered expert discovery as follows:

    A. The deadline for Plaintiff's expert disclosure is June 2, 2014

    B. The deadline for Defendants' expert disclosure is July 14, 2014

2. The last day to complete Fact discovery is October 17, 2014.

3       All other dates described in the Civil Pretrial Order dated January 29, 2014 remain unchanged and will not be affected by this Order.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:    February 26, 2014

_____
JUDGE OF THE U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA