UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARTINEZ,<br><br>        Plaintiff,<br><br>      v.<br><br>BLACK & DECKER (U.S.) INC.,<br><br>        Defendant. | Case No.   13-cv-04869-WHO<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL AND FAILURE TO APPEAR** |

A Case Management Conference was scheduled for September 30, 2014. No party filed a Case Management Statement and no party appeared. There has been no activity in this matter on the docket since February 26, 2014. By October 14, 2014, each party shall file a declaration explaining why sanctions should not be imposed for his or its failure to comply with its obligations under the Local Rules and the Orders of this Court with respect to the Case Management Conference. Plaintiff shall further attempt to show good cause why this case should not be dismissed for failure to prosecute, if in fact it has not already settled. If it has settled, plaintiff shall explain his failure to notify the Court and to dismiss the case.

**IT IS SO ORDERED**.

Dated: October 1, 2014

WILLIAM H. ORRICK
United States District Judge