Vincent Galvin (SBN 104448)
Vincent.galvin@bowmanandbrooke.com
Neil M. Kliebenstein (SBN 226060)
Neil.kliebenstein@bowmanandbrooke.com
Angela G. Mariveles (SBN 242905)
Angela.mariveles@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
1741 Technology Drive, Suite 200
San Jose, CA  95110
Telephone No.: (408) 279-5393
Fax No.:  (408) 279-5845

Attorneys for Defendants
Black & Decker (U.S.) Inc. and
The Black & Decker Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOSE MARTINEZ, | Case No.:   13-CV-04869-WHO |
|---|---|
| Plaintiff, | ORDER ON STIPULATION OF DISMISSAL (FRCP RULE 41(a)(1)(A)(ii)) |
| vs. | |
| BLACK & DECKER (U.S.) INC. and THE BLACK & DECKER CORPORATION and JOHN DOES 1-100, | |
| Defendants. | |

The Court, having read the Stipulation of Dismissal filed by all parties to have appeared in this action, and finding good cause,

IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice as to all plaintiff's claims, actions and causes of action asserted against defendants.  Each party is to bear its own costs and fees, including, but not limited to, attorney's fees and expert fees.  The Court shall retain jurisdiction over the action for 90 days following the entry of this Order (unless extended) for the purposes of enforcing the terms of the parties' settlement agreement.

IT IS SO ORDERED.

DATED: October 6, 2014

_____
Honorable William H. Orrick